Query — The reason why the remedy in such case ought not to be the same at law as in chancery.

### WEBB V. FITCH.

It appearing in a declaration for slander that the crime charged by the words, was more than a year before the speaking of them, is not a ground for arresting a verdict for the plaintiff. ·

ACTION of defamation, for charging the plaintiff with having perjured himself in a certain cause — which was tried more than a year before the speaking the words.

Verdict for the plaintiff, and £12 damages.

Motion in arrest — The insufficiency of the declaration; that it appeared from the plaintiff's own showing that the perjury charged by the words, was more than a year before the speaking of them, and the plaintiff could not then, nor at any time since, have been prosecuted for it if they were true.

The motion was determined to be insufficient and judgment was for the plaintiff. The mere liability to a prosecution for the crime, does not constitute the whole ground of an action for words. The jury have found the defendant guilty and there is not sufficient grounds to arrest the judgment.